UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CIVILIEN ZIDOR                              CIVIL ACTION NO. 11-CV-0592

VERSUS                                      JUDGE HAIK

WARREN VIATOR, ET AL                        MAGISTRATE JUDGE HANNA

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report

and recommendation.  After an independent review of the record, and in the absence of

objection, this Court concludes that the Magistrate Judge's report and recommendation is

correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**

that the government's motion to dismiss [Rec. Doc. 11] be GRANTED, and

**IT IS FURTHER ORDERED** that Zidor's petition for writ of *habeas corpus* [Rec. Doc.

1] be DISMISSED WITHOUT PREJUDICE, as moot.

Signed this _4th_ day of _October_ 2011.

Richard T. Haik, Sr.
**United States District Judge**